# In the United States Court of Federal Claims

No. 09-581 T

(Filed February 3, 2011)

```
* * * * * * * * * * * * * * * * * * *
JOSEPH V. CLABBY,                   *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

      On January 28, 2011, pursuant to the court's order of January 24, 2011, the parties filed a Joint Status Report. Therein, the parties report that settlement discussions are continuous in this matter. The parties request additional time, thirty-one days, to make a determination whether it is possible to settle this matter without further involvement of the court. The parties seek permission from the court to file another joint status report on or before February 28, 2011.

      For good cause shown, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **February 28, 2011**, informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. In the event that any dispositive motions are to be filed, the status report shall state a proposed date for such motions.

      /s/Lynn J. Bush  
      LYNN J. BUSH  
      Judge